# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. SUA WS20114-1601,<br><br>Plaintiffs,<br>v.<br><br>ISTREAM FINANCIAL SERVICES, INC., KRIS AXBERG, RICHARD JOACHIM, CHET ANDREWS, and FEDERAL TRADE COMMISSION,<br><br>Defendants. | Case No. 17-CV-597-JPS<br><br>**ORDER** |

On July 10, 2017, the plaintiffs and defendant Federal Trade Commission ("FTC") filed a joint stipulation of dismissal with prejudice and without fees or costs assessed to either party. (Docket #14). The Court herewith adopts that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). This action will remain pending against defendants iStream Financial Services, Inc., Kris Axberg, Richard Joachim, and Chet Andrews.

Accordingly,

**IT IS ORDERED** that the plaintiffs' and defendant FTC's joint stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; defendant FTC be and the same is hereby **DISMISSED** from this action **with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 12th day of July, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge