# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO CERTIFICATE NO. SUA WS20114-1601,<br><br>Plaintiffs,<br><br>v.<br><br>ISTREAM FINANCIAL SERVICES, INC., KRIS AXBERG, RICHARD JOACHIM, and CHET ANDREWS,<br><br>Defendants. | Case No. 17-CV-597-JPS<br><br><br>**ORDER** |

On March 14, 2018, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs assessed to either party. (Docket #47). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #47) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 15th day of March, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge